CTJ

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Fort Worth_____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 1 4 2008

CLERK, U.S. DISTRICT COURT

By _____
Deputy

|  |  |
|---|---|
| Deborah Nimashaun §<br>Plaintiff § | |
| § | |
| v. § | Civil Action No: |
| § | _____ |
| Federal Medical Facility-Carswell § | |
| Fort Worth, TX. § | **4-08CV-420.-A** |
| § | |
| Defendant | |

## COMPLAINT

On January 31, 2008, I was bitten by an inmate that resulted in the permanently damage use of my right index finger.

I have failed to receive proper and adequate treatment from the medical department at Carswell. THIS IS CLEARLY MEDICAL NEGLECT ALONG WITH CRUEL AND USUAL PUNISHMENT.

This is also a case that warrants "intentional" denial of adequate medical care.

This is also a case of delaying proper medical care which resulted in not being

able to use my finger at all.

Dated, this _23_ day of _June_ _____, _2008_

Signature _Deborah B. Nimashaun_

Print Name _Deborah Nimashaun_

Address _Carswell Medical Ctr._

_Fort Worth, Texas_

Telephone _____

Federal Bureau of Prisons

7002 2030 0006 7316 8498

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Deborah Nimeshaun__    __21914057__    __1 South__    __FMC Carswell__
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** The reasons for this appeal is because I filed everything according to BOP Policy and my case was rejected. I recieved a letter from the Admin. Remedy Coordinator, South Central Regional Office stating That I needed to start over filing the BP 8½, 9, and 10. I've done all this, due to neglect, the Medical Staff, the Warden and all parties involved failed to properly initiate the proper procedures and direct my remedies to the proper channels. It is truly adamant that all parties excluding self did not follow the necessary procedures which caused my appeal to be rejected. On 3-10-08, I did not withdraw my BP 9. I was told to initial the paperwork by Ms. Jenkins, Infectious Control Officer and Ms. Crumb to acknowledge they had examined my finger. It was not told to me that I was withdrawing my BP 9. I advised BOP and Regional, that I am suing for monetary damages, neglect (medical) and Stress, and mental anguish, deliberate indifference. I Know that I was unfairly treated and that I followed (all) the procedures according to policy. Enclosed are all papers pertaining to all incidents occurred in this matter. I also will seek criminalcharges against Inmate Mary Schipke who assaulted me on January 31, 2008, at FMC Carswell facility.

__5/11/08__            *Deborah B Nimeshaun*
   DATE                  SIGNATURE OF REQUESTER

**Part B—RESPONSE**

**RECEIVED**

MAY 2 0 2008

Administrative Remedy Section
Federal Bureau of Prisons

_____ DATE                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE         CASE NUMBER: _____

**Part C—RECEIPT**               CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

_____ DATE           SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN     Printed on Recycled Paper     BP-231(13) APRIL 1982

7000 0520 0024 3749 2760

Department of Justice
Federal Bureau of Prisons

Regional Administrative Remedy Appeal

7000 0520 0024 3749 27

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Deborah Banks Nimashaun    21914-057    1South    FMC Carswell

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL** On Jan. 31, 2008, I was attacked by Mary Schipke, an inmate living at Carswell Med. Center, she was my roomate at CC55 Unit. She had gone to the counselor, Ms. Belmon, on several occasions to be moved, because she didn't like cleaning solutions, perfumes, lotions, powders or air fresheners. She doesn't use soap or laundry detergent. On Jan. 31, she went to Ms Belmon again and wanted to talk to her, Ms Belmon came out and her office door, she stated she wouldn't be able to see or talk to her, or anyone that day. Ms Schipke became angry and started making accusations towards Ms Belmon, about her constitutional rights. She then sped off to our room. At that point I entered into our room, she (Ms. Schipke) was packing things out of her locker. She looked at me and stated "I'm packing my things out go to the Shu and I'm taking your "ass" with me" because I'm sick of your F----- air fresheners, Perfumes, and powder, you are trying to kill me. And when I get through packing my things I'm going to kick your F---- Ass". I stated back to her "You are not worth 27 days of my good time". I got in my wheelchair and I rolled towards the door, just as I got to the door, she stopped what she was packing and hit me up side my head. So I backed up my chair, and pointed my finger at her to tell her not to put her hands on me anymore, and she bit me, off my finger so hard that you

DATE March 14, 2003           SIGNATURE OF REQUESTER _Deborah B. Nimashaun_

**Part B—RESPONSE**

_____ DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel.  Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                    CASE NUMBER: 483635-A1

**Part C—RECEIPT**
                                                 CASE NUMBER: _____ R2

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

USP LVN    DATE    Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL    BP-230(13) APRIL 1982

2

see my bone. She didn't let go until the officer arrived and yelled at her
to let me go. Prior 2 days before, Mr. Gilbert, officer on duty on CC5, read
a harassing and threatening letter sent by Ms Schipke, where she wrote to me.
I showed it to the officer. She premeditated to hurt me. Officer Gilbert told
Lt. Hubby about the harassing and threatening letter he read. I'm not the
first inmate nor the last that Ms Schipke has assaulted, there are many others.
They keep expunging Ms. Schipke's shots. I want to press charges on Ms. Schipke
My finger has healed the wrong way, My bone was broken. Its bent wrongly. I
want my finger the way it was. It hurts alot with sharp and throbbing pain.
It doesn't enable me to do much because I'm a right handed person, and its
my right handed index finger that she deformed / disfigured. She should be
charge with bodily assault, she mutilated the skin and broke my finger and
used her teeth as a weapon, its called a mayhan.

March 14, 2008

Deborah Banks Nimashaun
21914-057

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, **Administrative Remedy Program**, requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: _Delorah Nimashaun_ Reg. No.: _21914057_ Unit: _1 South_

Specific Complaint and Requested Relief: _Was bitten by another inmate, in which my skin was pierced and has resulted in mutilation and deformity of one of my fingers. I have been denied my right to know if the inmate who bit me, has any form of communicable disease which I may have not only been exposed to via her saliva, but have been refused by FMC Staff to be tested by lab to determine if I have contracted any disease from the inmate who bit me._

Efforts Made By Inmate To Informally Resolve Grievance (be specific): _I have requested the above, from medical Staff, lieutenants and numerous Security Staff but this issue is no longer able to be informally resolved. Please see the attached BP9._

------------------------------*Remainder of form to be completed by staff*------------------------------

**Counselor's Comments:** _____

_____

_____

_____

_____

_____

Date form provided to inmate: _02/21/08 dc_

Date form returned to Correctional Counselor: _____

**Correctional Counselor's Review / Date**          **Unit Manager's Review / Date**

**U.S. DEPARTMENT OF JUSTICE**      **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Nimeehaun Deborah    21914057    1 South    Carswell Federal Medical Center

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** I have been denied my right to know in an isolated case in which I was bitten by another inmate where my skin and subcutaneous tissues were pierced, whether or not I have been exposed to some form of communicable disease which the inmate who bit me, may have. I received a TETANUS injection, only after much insistence on my own behalf. All FMC medical and security staff have otherwise refused to acknowledge my requests for assistance in this matter. I have an undeniable right to know if the attacking inmate has a communicable disease such as HCV, HCB, HIV, AIDS, etc., in order to initiate formal charges with local County of Tarrant Public Officials.

2/21/08                     Deborah Nimeehaun

   DATE                                SIGNATURE OF REQUESTER

---

**Part B– RESPONSE**

See attached

MS. Krumm spoke with me concerning the above information. She informed me there was no exposure as a result of the bite And incident. I will continue to follow-up with Ms. Krumm And Ms. Jenkins as needed Along with Dr. Parra Concerning my medical care. x

                Anita Krumm, RN/            D.N.    3/10/08

          Anita Krumm, RN

     DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**             CASE NUMBER: 483635-F1

---

                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                 _____

     DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      PRINTED ON RECYCLED PAPER                                    BP-229(13) APRIL 1982

On. Jan. 31 at 3:50 P.M.
I Brenda Bloomer heard Mary Schofle
tell Deborah that she was going to take
someone to the shu with her,
I heard some Argueing and a Slap
when I looked up Deborah was
Pointing her finger in Shipke's
Face Telling her you Better Not hit
Me again. Then Shipke Bit
down on Deborah's finger thats
how her finger got into Shipke's mouth
So I hollard For the officer. So
Ms Bellmound and Ms Gary Came
Ms Bellman had to hollar at Shipke
to make her release Deborahs Finger
From her mouth.

Brenda Bloomer
03 - 11 - 08

witness





UNITED STATES GOVERNMENT

## memorandum

FEDERAL BUREAU OF PRISONS
Federal Medical Center, Carswell
Fort Worth, Texas

April 4, 2008

Received
APR 1 8 2008
Bureau of Prisons
Legal Department, SCRO

MEMORANDUM FOR  DEBORAH NIMASHAUN
REG. NO. 21914-057

FROM:          W. Elaine Chapman, Warden

SUBJECT:          Re: Rejection Notice of Regional Administrative Remedy Appeal


Your Regional appeal was recently rejected and returned to you, indicating you must first file a
BP-9 request through the institution for the Warden's review and response before filing an appeal
at that level.  A review of this matter reveals you had previously filed Request for Administrative
Remedy No. 483635-F1, requesting to know if an inmate who allegedly attacked you had a
communicable disease.  However, documentation signed by you indicates you withdrew this
Request for Administrative Remedy on March 10, 2008, after a Nurse Manager spoke with you and
informed you there was no exposure to any disease as a result of the attack.

Additionally, in your Regional appeal, you request to press charges on the inmate who allegedly
attacked you.  Please be informed that Bureau of Prisons' staff do not offer legal assistance to
inmates.  As an inmate, you have access to the courts and are free to pursue legal action against
the inmate if you choose.  Through the legal mail or telephone procedures, you may contact an
attorney of your choice at no expense to the Government.  You may visit with an attorney at this
institution and have confidential attorney telephone calls.  Legal aid services may also be
contacted through mail or normal telephone calls.  Additionally, the inmate Law Library is
available to inmates needing to research legal issues.

I trust this information is beneficial to you.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 24, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : DEBORAH BANKS NIMASHAUN, 21914-057
      CARSWELL FMC      UNT: CHR CARE      QTR: H03-107L
      P.O. BOX 27066
      FORT WORTH,  TX 76127


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID         : 483635-R2        REGIONAL APPEAL
DATE RECEIVED     : APRIL 18, 2008
SUBJECT 1         : OTHER MEDICAL MATTERS
SUBJECT 2         :
INCIDENT RPT NO:

REJECT REASON 1:  YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                  FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                  AT THIS LEVEL.

REJECT REASON 2:  YOU DID NOT PROVIDE A COPY OF YOUR    INSTITUTION
                  ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                  OF THE (BP-09) RESPONSE FROM THE WARDEN. / and

REJECT REASON 3:  SEE REMARKS.

REMARKS           : AS PREVIOUSLY STATED, 3-10-08 YOU WITHDREW YOUR BP-9.
                    YOU MUST COMPLETE THE ADMINISTRATIVE REMEDY PROCESS
                    AT THE INSTITUTION BEFORE APPEALING TO THE REGION.

7002 2030 0006 7316 8498

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 28, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DEBORAH BANKS NIMASHAUN, 21914-057
      CARSWELL FMC     UNT: CHR CARE     QTR: H03-107L
      P.O. BOX 27066
      FORT WORTH,  TX 76127


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


                                   CENTRAL OFFICE APPEAL
REMEDY ID        : 483635-A1
DATE RECEIVED    : MAY 20, 2008
SUBJECT 1        : OTHER MEDICAL MATTERS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REMARKS         : RECORDS INDICATE THIS APPEAL WAS WITHDRAWN ON
                  03/10/08.  YOU MUST RESTART THE APPEAL PROCESS
                  AT THE INSTITUTION LEVEL.

NSN7540-00-634-4176

HEALTH RECORD

CHRONOLOGICAL RECORD OF MEDICAL CARE   Attachment G
600-1

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

**DATE:** 1/31/07

**TIME:** 1600

## OCCUPATIONAL EXPOSURE INCIDENT REPORT

Location of Incident: CC # 5

(Circle)

**Description of Incident:** Contact with: visible blood / (Other body fluids)

**Percutaneous Exposure:** (needlestick) (other sharp object penetration)

**Mucous Membrane:** (eyes) (nose) (ear) ( mouth) (compromised skin integrity-broken skin areas)

**Skin:** (intact) (non-intact) ( Explain) : human bite to Right hand

**HBV Vaccine Status:** (Vaccine completed: Yes / No / Unsure) (Status: HBsAb+ / Unknown)

**DESCRIPTION OF INCIDENT:** See attached BOP form BP-362(60)

### "Inmate Injury Assessment And Follow-up"

Source : ✓ Known _____ Unknown

**FILE REVIEW**

Review Sources medical record (if available) for the following

Risk Factor History (Look in H&P, A-Sheet) History of IVDA/TATOOS / Unsafe Sexual Practices

(Circle)

| Laboratory Results: | | | | |
|---|---|---|---|---|
| HCV | (Yes) | No | Date: 7/24/07 NR | Chart |
| HIV | Yes | No | Date: | Not avail |
| HBsAg | (Yes) | No | Date: 7/24/07 NR | at this time |
| RPR | (Yes) | No | Date: 5/18/06 NR | of source |

**Comments ( Assessment):** Source questioned denies w/ dry use tatoos of or any hx of Hep C HIV or Hep B

**Staff treatment option:** ☐ Treatment By Private Physician   ☑ FMC at Carswell

**Completed by Mid-level Practitioner** Date: 1/31/08 Time: 1600

Z. Qureshi
Mid-Level Provider
FMC-Carswell, Fort Worth, TX

ATIENT'S IDENTIFICATION (Use this space for echanical imprint)

Nimishaun, Deborah

#21914.057

FMC CRW

ITIVE LIMITED OFFICIAL USE

| RECORDS MAINTAINED AT | Federal Medical Center, Carswell Fort Worth, Texas | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV.5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-454.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/31/08 1600 | **NOTIFICATION MADE TO PROVIDER:** Called MOD @ CDC per htly spoke e Dr |
| | **NOTIFICATION MADE TO INFECTION CONTROL:** |

**DETERMINATION SUMMARY:** *(Circle appropriate response)*

Type:      (Percutaneous) (Mucous membrane) (Non-intact skin) (Intact skin)

Exposure: (Bloodborne) (Non-Bloodborne)

If exposed to HCV - information sheet provided          (Yes)    (No)

If exposed to HBV - information sheet provided          (Yes)    (No)

     **HBIG indicated**                (Yes)    (No)      Given (Yes) (No)

     Consent / Declination Form filled out      (Yes)    (No)

     HBV  initiate vaccination series          (Yes)    (No)      Given (Yes) (No) Nov

     Consent / Declination Form filled out      (Yes)    (No)

CDC PEP line contacted (1-888-448-4911) Without exception: Dr Smy

CDC recommendations: Hep B vaccine stat, labs for Hep B & HIV repea 0 6 12 24 offer HIV meds if pt accepts explain low risk

☐ Clinical Director  ☑ MOD  ☐ Designee  ☐ recommendations: follow above

HIV/PEP indicated :          (Yes)    (No)      Given (Yes) (No) Comments: pt refused du too low Source risk

Consent Form filled out          (Yes)    (No)

Declination Form filled out      (Yes)    (No)

Education provided: HIV education and information sheet provided      (Yes)    (No)

  ✓ Hepatitis B education and fact sheet. ___ ✓ Hepatitis C education and fact sheet.

**Counseling/ Follow - up:** ☑ Fifteen days    ☑ 3months    ☐ 6months    ☐ 12

1. Start Abx for Bite See 600
2. Labs 0 6 12 24 for Heb B & HIV   CBC & CMP
3. Smz + TMP Starter See 600
4. Daily dressing change for wound

PHYSICIAN / MLP SIGNATURE: Z. Q___    Z. Qureshi Mid-Level Provider FMC-Carswell, Fort Worth, TX   1/31/08

REVIEWED BY CLINICAL DIRECTOR:

This was an inmate vs inmate assault. PEP not applicable. T Boom RN, 100

5.    List the persons who are dependent upon you for support, state your relationship to those persons (father, mother, spouse, etc.) and indicate how much you contribute toward their support.

_____not applicable_____

_____

_____

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 6/23/08 _____ (date)

_Deborah B. Nimadzin_

Signature of Petitioner

SHARON GONZALEZ
MY COMMISSION EXPIRES
May 2, 2012

_Sharon Gonzalez_

3

Case 4:08-cv-00420-A   Document 1   Filed 07/14/08   Page 15 of 18   PageID 15

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Nimushuun Deborah    21914057    ONE South    Federal Medical Carswell
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

This is the 2nd Administrative Remedy in which this is the re-filing of the incident that took place on January 31, 2008 were my finger was permanently damaged by the biting sustained by another inmate, Mary Schipko. I feel that the Medical Staff failed to properly address the issue of the severity of the assault and/also I address the neglect of medical care to "the proper healing of my finger which resulted in "unable to use my right index finger normally. It has caused me to be stressed out, feeling abnormal due to the deformity.

Attachments 1) BG dated 2/21/08
2) Witness letter

6-17-08
_____
DATE

Deborah B Nimushuun
_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Is attached

7/1/08
_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                                    _____
DATE                                           RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER                    BP–229(13)
                                                                        APRIL 1982

# REQUEST FOR ADMINISTRATIVE REMEDY

## PART B - RESPONSE

**NAME: NIMASHAUN, DEBORAH**             **REG. NO. 21914-057**             **497934-F1**

This is in response to your Request for Administrative Remedy No. 497934-F1, wherein you state this is the re-filing of the incident that took place on January 31, 2008, where your finger was permanently damaged by the biting sustained from another inmate. You also state you feel medical staff failed to properly address the issue of the severity of the assault. You further state you are addressing the neglect of medical care to the proper healing of your finger which resulted in being "unable to use" your right index finger normally.

Investigation and a review of your medical record reveal on January 31, 2008, you sustained a human bite to the right index finger during an altercation with another inmate. Following the incident, you were medically assessed and received appropriate treatment, using Center for Disease Control (CDC) protocols and guidelines. In February 2008, you received numerous evaluations regarding your finger injury and received appropriate treatment, including antibiotic therapy. On March 3, 2008, you were evaluated by your primary care physician during Chronic Care Clinic. Following the examination, requests were submitted for an x-ray of the right hand and an evaluation by the consultant hand surgeon. On March 6, 2008, the x-ray of your right hand was performed, which revealed flexion deformity of the distal interphalangeal joint of the index finger with degenerative changes about the first metacarpal-phalangeal joint. On May 1, 2008, you were evaluated by the consultant orthopedic specialist, who noted you no longer needed to wear a finger brace but will likely need to have a fusion of the joint. On June 24, 2008, you were evaluated by orthopedic specialist for a follow-up visit, and treatment recommendations are pending at this time.

Accordingly, your request for Administrative Remedy is addressed, in that you have received appropriate evaluations and treatment for your finger condition as clinically indicated.

If you are not satisfied with this response, you may appeal to the South Central Regional Director, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219, via BP-DIR-10, within 20 calendar days of the date of this response.

_____7/2/08_____
Date

Warden

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Deborah Nimashaun

**(b)** County of Residence of First Listed Plaintiff  Fort Worth, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**

Federal Medical Facility-CARSWELL

County of Residence of First Listed Defendant  Fort Worth, TX
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** ☒ 362 Personal Injury - Med. Malpractice | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 462 Naturalization Application ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Estelle vs. Gamble, 429 US 97, 50 1 Ed 2d 251, 97 S Ct. 285

Brief description of cause:
Medical Malpractice against the Federal Medical Institution

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $2,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) PENDING OR CLOSED** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Deborah Nimashauw 21914-051
Federal Medical Center-Carswell
Post Office Box 27137
Fort Worth, Texas 76127



JUL 10 2008

United St
Northern
501 W. Te
Fort Worth

7000 0520 0024 3749 2777

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE